PROB 12C
(6/16)

Report Date: December 17, 2019

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Maxwell Delvon Jones | Case Number: 0980 2:13CR00052-WFN-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge | |
| Date of Original Sentence: November 18, 2014 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 144 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Remand Sentence: (11/01/2016) | Prison - 84 months; TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: July 8, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: July 7, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/10/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Maxwell Jones violated mandatory condition number 1 by being in possession of a controlled substance, heroin, on November 21, 2019.<br><br>According to Spokane Police Department report number 2019-20220162, Maxwell Jones was pulled over while driving his car erratically. Due to information the arresting officer had regarding Mr. Maxwell possibly being in possession of a firearm and narcotics, he was pat down by the officer. Located in Mr. Maxwell's pants pocket was a scale. Located on the scale was a dark substance that tested positive for heroin. Mr. Maxwell was placed under arrest for possession of a controlled substance.<br><br>On July 10, 2019, Maxwell Jones signed his judgment for case number 2:13CR00052-WFN-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Jones was made aware by his U.S. probation officer that he must obey all state, local, and federal laws. |

Prob12C
Re: Jones, Maxwell Delvon
December 17, 2019
Page 2

| | |
|---|---|
| 8 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Maxwell Jones violated mandatory condition number 2 by being in possession of a controlled substance, heroin, on November 21, 2019.

According to Spokane Police Department report number 2019-20220162, Maxwell Jones was pulled over while driving his car erratically on November 21, 2019. Due to information the arresting officer had regarding Mr. Maxwell possibly being in possession of a firearm and narcotics, he was pat down by the officer. Located in Mr. Maxwell's pants pocket was a scale. Located on the scale was a dark substance that tested positive for heroin. Mr. Maxwell was placed under arrest for possession of a controlled substance, heroin.

On July 10, 2019, Maxwell Jones signed his judgment for case number 2:13CR00052-WFN-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Jones was made aware by his U.S. probation officer that he must not illegally possess controlled substances. |
| 9 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Maxwell Jones violated standard condition number 5 by failing to notify his U.S. probation officer of his change in residence.

On November 12, 2019, Mr. Jones reported to the U.S. Probation Office and notified the undersigned officer he would be moving in the next week. Mr. Maxwell was directed to notify the undersigned as soon as he knew the exact address as he claimed to not know the address of the new residence. Mr. Jones never reported the new residence to U.S. Probation. As of the date of this report, Mr. Jones' current residence is unknown to the U.S. Probation Office.

On July 10, 2019, Maxwell Jones signed his judgment for case number 2:13CR00052-WFN-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Jones was made aware by his U.S. probation officer that he must notify the probation officer of his change in residence. |
| 10 | **Special Condition #3:** You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Maxwell Jones violated mandatory special condition number 3 by consuming a controlled substance, heroin, on November 21, 2019.

According to Spokane Police Department report number 2019-20220162, Maxwell Jones was pulled over while driving his car erratically on November 21, 2019. Due to information the arresting officer had regarding Mr. Maxwell possibly being in possession of a firearm |

Prob12C
Re: Jones, Maxwell Delvon
December 17, 2019
Page 3

and narcotics, he was pat down by the officer. Located in Mr. Maxwell's pants pocket was a scale. Located on the scale was a dark substance that tested positive for heroin. Mr. Maxwell was placed under arrest for possession of a controlled substance, heroin. After being placed under arrest, Mr. Jones leaned over and licked the scale with the heroin on it, consuming the substance.

On July 10, 2019, Maxwell Jones signed his judgment for case number 2:13CR00052-WFN-1 during his initial intake indicating he understood all conditions ordered by the Court. Specifically, Mr. Jones was made aware by his U.S. probation officer that he must not illegally consume controlled substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/17/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

12/17/2019
Date